<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1192**

———————

STEPHANIE DAVIS AMBUSH,

        Plaintiff – Appellant,

     v.

CITY OF FREDERICK, A Body Corporate and Politic; RANDY
MCCLEMENT, Mayor, Frederick City Government, Individually
and in his Official Capacity; RICHARD B. WELDON, JR.,
Individually and in his Official Capacity; KATHRYN NICOLATO,
Individually and in her Official Capacity,

        Defendants – Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge. (1:10-cv-01953-WDQ)

———————

Submitted:  September 12, 2011    Decided:  September 26, 2011

———————

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie J. Mahone, Frederick, Maryland, for Appellant.  Kevin M.
Kraham, Erik C. Johnson, LITTLER MENDELSON P.C., Washington,
D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephanie Davis Ambush appeals the district court's orders dismissing her various state and Fifth and Fourteenth Amendment procedural and substantive due process claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Ambush v. City of Frederick, No. 1:10-cv-01953-WDQ (D. Md. Jan. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED